# **EXHIBIT 6**

**St. Onge Steward Johnston & Reens LLC**

986 Bedford Street  +1 203 324-6155 TEL
Stamford, Connecticut  +1 203 327-1096 FAX
06905-5619
ssjr.com



July 25, 2013

VIA EMAIL **ONLY**  sellis@mckennalong.com

Stephanie L. Ellis, Esq.
McKenna Long & Aldridge LLP
1900 K Street NW
Washington, DC  20006

Re:   SSJR File 04593-L0017A
      Bryan Corporation v. ChemWerth, Inc. (D. Mass.)

Dear Stephanie:

We write to request that Bryan Corp. produce certain documents that have been improperly withheld on the grounds of attorney-client privilege by Friday, **August 2, 2013**, so that ChemWerth can adequately prepare for the upcoming depositions of Bryan Corp. and Waldman.

Bryan Corp.'s privilege log indicates that Bryan Corp. is withholding documents or redacting portions of documents that reflect communications between Bryan Corp. and Bryan Corp.'s counsel, which were copied to Waldman, as well as documents reflecting direct communications between Waldman and Bryan Corp.'s counsel. Because Waldman is a third-party outside the attorney-client relationship between Bryan Corp. and Bryan Corp.'s counsel, the voluntary disclosure of those communications to Waldman constituted a waiver of the attorney-client privilege in connection with those communications. *Comm'r of Revenue v. Comcast Corp.,* 453 Mass. 293, 306 (2009) (internal quotations omitted) ("Disclosing attorney-client communications to a third party, including [an agent hired by the client], generally undermines the privilege."). Therefore, Bryan Corp. must produce these communications.

Specifically, the communications that ChemWerth seeks are those in Privilege Log #s BCPRIV1-9, 11, 18-19, 21, 24, 26, 35, 38-48, 50, 52-53, 56-57, 59-61, 64, 66-84, 87-95, 100-103, 106, 111, 114-118, 128-129, 131, 140-141, 150-151, and 155. Please produce the communications by August 2, 2013, or ChemWerth will move to compel.

Sincerely,

Gene S. Winter
gwinter@ssjr.com

c:   Counsel of Record